IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

NICOLE MILLEN

Criminal No. 2:25-cr-269

**INFORMATION MEMORANDUM**

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and William B. Guappone, Assistant United States Attorney for said District, and submits this Information Memorandum to the Court:

**I. THE INFORMATION**

A one-count Information was filed against the above-named defendant for an alleged violation of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|---|---|---|
| 1 | Causing a Drug to be Misbranded after Shipment in Interstate Commerce February 3, 2022 | 21 U.S.C. §§ 331(k) and 333(a)(1) |

**II. ELEMENTS OF THE OFFENSE**

A.  As to Count 1:

In order for the crime of Causing a Drug to be Misbranded after Shipment in Interstate Commerce, in violation of 21 U.S.C. §§ 331(k) and 333(a)(1), to be established, the government must prove all of the following essential elements beyond a reasonable doubt:

1.  A drug was shipped in interstate commerce;

    2.    The defendant did some act with respect to that drug while it was held for sale; and

    3.    The defendant's action resulted in the drug being adulterated or misbranded.

### III.  PENALTIES

**A.  As to Count 1: Causing a Drug to be Misbranded after Shipment in Interstate Commerce (21 U.S.C. §§ 331(k) and 333(a)(1)):**

    1.    A term of imprisonment of not more than one year;

    2.    A fine of not more than the greater of $100,000, or an alternative fine in the amount of twice the pecuniary gain from the offense, unless imposition of this alternative fine would unduly complicate the sentencing process; and,

    3.    A term of supervised release of not more than one year.

### IV.  MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $25 must be imposed at each count upon which the defendant is convicted, pursuant to 18 U.S.C. § 3013.

### V.  RESTITUTION

Restitution is not authorized as to Count One by 18 U.S.C. §§ 3663, 3663A or 3664. However, restitution is available as a condition of probation or supervised release, as recommended by the parties here.

## VI. **FORFEITURE**

Not applicable in this case.

                                                Respectfully submitted,

                                                TROY RIVETTI
                                                Acting United States Attorney

                                                *s/ William B. Guappone*
                                                WILLIAM B. GUAPPONE
                                                Assistant U.S. Attorney
                                                NC ID No. 46075